# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL L. HOFF,**

                Plaintiff**,**

    **-vs-**

**SOO LINE RAILROAD COMPANY,**
**CANADIAN PACIFIC RAILWAY,**
**TRITON OPERATIONS, LLC and**
**WEBSTER INDUSTRIES,**

                Defendants.

**Case No. 06-C-1114**

## DECISION AND ORDER

On February 14, 2007, the Court granted Michael Hoff's ("Hoff") motion for leave to file a Second Amended Complaint. Two months later, the Court is still waiting for Hoff to file his Second Amended Complaint, and this action is stagnant.

**IT IS HEREBY ORDERED THAT**, on or before **May 14, 2007**, Hoff shall either (1) file his Second Amended Complaint or (2) inform the Court whether he intends to proceed on the basis of his previously-filed complaint. If Hoff fails to respond in a timely manner, the Court will dismiss this action for want of prosecution.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2007.

                                      **SO ORDERED,**

                                      **s/ Rudolph T. Randa**
                                      **HON. RUDOLPH T. RANDA**
                                      **Chief Judge**