IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| MICHAEL L. HOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-C-1114 |
| v. ) | |
| ) | |
| SOO LINE RAILROAD COMPANY, ) | |
| CANADIAN PACIFIC RAILWAY, ) | |
| TRITON OPERATIONS, LLC, and ) | |
| WEBSTER INDUSTRIES, ) | |
| ) | |
| Defendants. ) | |

---

## ORDER

---

Based upon the foregoing Stipulation by and between the parties hereto, and now upon the motion of Godfrey, Braun & Frazier, LLP;

IT IS HEREBY ORDERED that the above-entitled action, Case No. 06-C-1114, and all claims for relief contained therein, including cross-claims, shall be and the same hereby are dismissed upon the merits, with prejudice and without costs.

Dated at Milwaukee, Wisconsin this 10th day of January, 2008.

BY THE COURT:

s/ Rudolph T. Randa
Honorable Rudolph T. Randa,
District Court Judge